UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| DEMETRIO P. PANTOJA,<br><br>   Plaintiff,<br><br>   vs.<br><br>BAC HOME LOANS SERVICING, LP FKA COUNTRY WIDE HOME LOANS SERVICING L.P., organized and existing under law of New York, RECONSTRUST COMPANY, N.A., is organized and exists under the laws of the State of Texas,<br><br>   Defendants. | Case No: C 11-02946 SBA<br><br>**ORDER TRANSFERRING VENUE** |

On December 8, 2011, the Court issued an Order to Show Cause ("OSC") directing the parties to show cause in writing by December 21, 2011 why venue should not be transferred to the Eastern District of California. The parties were warned that if no response were received by that deadline, the Court would presume that venue was inconvenient and/or improper, and that the action would be transferred. The Court has received no response to the OSC. Accordingly,

IT IS HEREBY ORDERED THAT the instant action is TRANSFERRED to the Eastern District of California, Sacramento Division. The Clerk shall close the file and terminate any pending matters.

IT IS SO ORDERED.

Dated: January 17, 2012

_____
SAUNDRA BROWN ARMSTRONG
United States District Judge

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

PANTOJA et al,

        Plaintiff,

  v.

BAC HOME SERVICING, LP et al,

        Defendant.
                                      /

Case Number: CV11-02946 SBA

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on January 17, 2012, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Demetrio P. Pantoja
1857 Letterkenny Drive
Lincoln, CA 95648

Dated: January 17, 2012
                                      Richard W. Wieking, Clerk
                                              By: LISA R CLARK, Deputy Clerk