IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DEMETRIO P. PANTOJA,

    Plaintiff,   No. 2:12-cv-262-GEB-EFB PS

    vs.

BAC HOME SERVICING, LP, et al.,

    Defendants.   <u>ORDER</u>

/

On July 16, 2012, the assigned district judge dismissed this action, closed the case, and entered judgment accordingly.[1]  Dckt. Nos. 39, 40.  Notwithstanding that judgment, on July 31, 2012, plaintiff filed an affidavit regarding his "status."  Dckt. No. 41.  Because the filing does not appear to be one contemplated by the Federal Rules of Civil or Appellate Procedure, it will be disregarded.  Plaintiff is advised that the court will disregard and issue no response to any future filings in this closed case.

SO ORDERED.

DATED: August 16, 2012.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

---

[1] This action, in which plaintiff was proceeding *pro se*, was referred to the undersigned by Eastern District of California Local Rule 302(c)(21), pursuant to 28 U.S.C. § 636(b)(1).